THE BORINQUEN TRADING CORPORATION, DEMANDANTE Y APELADA, *v.* HEREDEROS DE GARCÍA, DEMANDADOS Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de San Juan, Distrito Segundo, en pleito sobre cobro de dinero (moción sobre desestimación de apelación).

No. 2980.—Resuelto en marzo 8, 1923.

DESESTIMACIÓN DE APELACIÓN—APELACIÓN FRÍVOLA.—Cuando habiendo sido elevada únicamente a la corte de apelación las alegaciones y órdenes, la demanda parece ser suficiente y los apelantes ni comparecieron ni se opusieron a la moción de desestimación, procede declarar ésta con lugar.

Los hechos están expresados en la opinión.
Abogado de los apelantes: *Sr. E. Rincón.*
Abogado de la apelada: *Sr. F. Soto Gras.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

En una moción para desestimar una apelación se consigna que la apelada fué notificada por el secretario de esta corte de haberse radicado la transcripción del récord; que la apelada no fué notificada por el apelante de la radicación de dicha transcripción, ni que le suministró copia de la misma conforme se dispone en la ley y en el reglamento de esta corte; que según aparece en la transcripción misma hubo un juicio en el cual se presentó prueba, no habiéndose preparado sin embargo ninguna exposición del caso o documento semejante y por tanto que la apelación era frívola.

Alega la demanda la venta de un automóvil, el haber firmado el causante de los demandados una obligación por la compra de un automóvil ascendente a la suma de $1,500 con intereses y otras alegaciones sobre la entrega del automóvil, etc. Los demandados contestaron haciendo una negativa general y alegando que la demanda no aduce hechos suficientes para determinar una causa de acción. Se celebró un juicio y dictó sentencia a favor del demandante. En la vista de este caso comparecieron los apelantes pero no argumentaron el caso.

De la faz de los procedimientos la demanda parece ser suficiente. La alegada insuficiencia de dicha demanda es la única cuestión que ahora podía levantarse. La apelación, por tanto, parece ser frívola y como los apelantes nada han presentado ni alegado ninguna cosa en contrario, la moción de desestimación debe ser declarada con lugar.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey, Hutchison y Franco Soto.